## COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name Regaldo A.
    (Last)         (First)         (Initial)

Prisoner Number K# 96814

Institutional Address M.C.S.P. C#13-130 P.O. Box 409060
Ione Ca 95640

(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A. Regaldo
_____
(Enter the full name of plaintiff in this action.)

vs.

_____
_____
_____
_____
(Enter the full name of the defendant(s) in this action))

CV 08 3506 JSW

Case No. _____
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A. Place of present confinement  Mule Creek State Prison

   B. Is there a grievance procedure in this institution?
      YES (X)    NO ( )

   C. Did you present the facts in your complaint for review through the grievance procedure?
      YES (X)    NO ( )

   D. If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                          - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal (602) denied

_____ 2. First formal level _____

3. Second formal level (602) denied

_____ 4 Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. SEE Exhibit

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

See Exhibit

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                           - 2 -

1       place of employment.
2       State Prison Icuc Ca
3
4
5
6       III.
7 Statement of Claim
8     State here as briefly as possible the facts of your case. Be sure to describe how each
9 defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.
12     Medical Law Suite
13
14
15
16
17
18
19
20
21
22
23
24
25 IV.   Relief
26     Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28

COMPLAINT     - 3 -

1  _____
2  _____
3  _____
4  _____
5  _____
6  _____

7    I declare under penalty of perjury that the foregoing is true and correct.

9    Signed this _____ day of __7/16-_____, 20_08_

11    /S/ _Regdda_____
12    (Plaintiff's signature)

COMPLAINT      - 4 -

# DECLARATION OF SERVICE BY MAIL

Case Name _____    Case No. _____

I, Regaldo _____, am a resident of the State of California, Mule Creek State Prison (M.C.S.P.) at Ione, California, County of Amador, and I am at least 18 years of age and am a party to the within action. My mailing address is: P. O. Box 409060, Ione, California, 95640-9060.

On, _____, I served a true and correct copy of the following documents:

Application For Waiver of Court Fees And Cost
Application to Proceed In forma Pauperis
Complaint Under the Civil Rights Act 42 U.S.C. 1983

on each party listed below, by placing it in a sealed envelope with adequate postage or provided, and depositing said envelope in the institutional mail box, or turned said envelope in to custodial personnel for the United States Mail at Mule Creek State Prison, P. O. Box 409060, Ione, California, 95640-9060. Each party to the action has been duly served.

This copy is being mailed to:

Office of the Clerk U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco CA 94102

I have mailed additional copies to:

None
None
None
None

There is regular service by the United States Mail between the above place of mailing and the parties listed.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this ____ day of ___7/16___, 20_08_ at Ione, California.

Name (Signature): _Regalda_    CDCR No. K#9684

## M.C.S.P. MAIL ROOM ACKNOWLEDGEMENT OF MAILING

Date:                    Signed: