FILED
08 JUL 22 PM 3:27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

JSW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 3506

Resnldo

Plaintiff,

vs.

Defendant.

CASE NO. ____________________

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Resnldo ____________, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: None & Zero Net: None & Zero

Employer: None

None

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

None

None

None

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No ✓

b. Income from stocks, bonds, or royalties? — Yes ___ No ✓

c. Rent payments? — Yes ___ No ✓

d. Pensions, annuities, or life insurance payments? — Yes ___ No ✓

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

None

None

3. Are you married? Yes ___ No ✓

Spouse's Full Name: None

Spouse's Place of Employment: None

Spouse's Monthly Salary, Wages or Income:

Gross $ 0 None zero Net $ 0 None zero

4. a. List amount you contribute to your spouse's support:$ 0 None zero

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

None

None

5. Do you own or are you buying a home? Yes ___ No ✓

Estimated Market Value: $ 0 Amount of Mortgage: $ 0

6. Do you own an automobile? Yes ___ No ✓

Make N/A Year N/A Model N/A

Is it financed? Yes ___ No ___ If so, Total due: $ 0

Monthly Payment: $ 0

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: None

None

Present balance(s): $ 0

Do you own any cash? Yes ___ No ✓ Amount: $ 0

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

None

8. What are your monthly expenses?

Rent: $ 0 None Utilities: None

Food: $ 0 None Clothing: None

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ 0 None | $ 0 None |
| N/A | $ 0 None | $ 0 None |
| N/A | $ 0 None | $ 0 None |

9. Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

None

None

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

None

None

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/15/08 /s/ [signature]

DATE SIGNATURE OF APPLICANT

**Case Number:** ______________

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ______________ for the last six months at

[prisoner name]

Resolda ______________ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ____ and the average balance in the prisoner's account each month for the most recent 6-month period was $____.

Dated:__________

______________

[Authorized officer of the institution]