1-41

FW-001

— THIS FORM MUST BE KEPT CONFIDENTIAL —

FOR COURT USE ONLY

FILED
08 JUL 22 PM 3:28
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. CALIFORNIA

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):
Regaldo K#96844
MCSP. C#13-130 - P.O. Box 409060
Ione Ca 95640

TELEPHONE NO.:     FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

NAME OF COURT: Office of the Clerk US District Court
STREET ADDRESS: Northern District of California
MAILING ADDRESS: 450 Golden Gate Ave
CITY AND ZIP CODE: San Francisco Ca 94102
BRANCH NAME:

PLAINTIFF/PETITIONER: Regaldo
DEFENDANT/RESPONDENT:

(PR)
JSW

APPLICATION FOR
WAIVER OF COURT FEES AND COSTS

CASE NUMBER: CV 08 3506

I request a court order so that I do not have to pay court fees and costs.
1. a. ☒ I am *not* able to pay any of the court fees and costs.
   b. ☐ I am able to pay *only* the following court fees and costs (specify):

2. My current street or mailing address is (if applicable, include city or town, apartment no., if any, and zip code):

3. a. My occupation, employer, and employer's address are (specify):

   b. My spouse's occupation, employer, and employer's address are (specify):

4. ☐ I am receiving financial assistance under one or more of the following programs:
   a. ☐ **SSI and SSP:** Supplemental Security Income and State Supplemental Payments Programs
   b. ☐ **CalWORKs:** California Work Opportunity and Responsibility to Kids Act, implementing TANF, Temporary Assistance for Needy Families (formerly AFDC)
   c. ☐ **Food Stamps:** The Food Stamp Program
   d. ☐ **County Relief, General Relief (G.R.), or General Assistance (G.A.)**

5. If you checked box 4, you must check and complete **one of the three boxes below,** *unless you are a defendant in an unlawful detainer action.* Do not check more than one box.
   a. ☐ (Optional) My Medi-Cal number is (specify):
   b. ☐ (Optional) My social security number is (specify):
      ☐☐☐ - ☐☐ - ☐☐☐☐  and my date of birth is (specify):
      [Federal law does not require that you give your social security number. However, if you don't give your social security number, you must check box c and attach documents to verify the benefits checked in item 4.]
   c. ☐ I am attaching documents to verify receipt of the benefits checked in item 4, if requested by the court.
      [See Form FW-001-INFO, Information Sheet on Waiver of Court Fees and Costs, available from the clerk's office, for a list of acceptable documents.]

[If you checked box 4 above, skip items 6 and 7, and sign at the bottom of this side.]

6. ☐ My total gross monthly household income is less than the amount shown on the *Information Sheet on Waiver of Court Fees and Costs* available from the clerk's office.

[if you checked box 6 above, skip item 7, complete items 8, 9a, 9d, 9f, and 9g on the back of this form, and sign at the bottom of this side.]

7. ☐ My income is not enough to pay for the common necessaries of life for me and the people in my family whom I support and also pay court fees and costs. [If you check this box, you must complete the back of this form.]

**WARNING:** You must immediately tell the court if you become able to pay court fees or costs during this action. You may be ordered to appear in court and answer questions about your ability to pay court fees or costs.

I declare under penalty of perjury under the laws of the State of California that the information on both sides of this form and all attachments are true and correct.

Date: 7/15/08

Regaldo
(TYPE OR PRINT NAME)                     ▶ *Regaldo*  (SIGNATURE)
                 (Financial information on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
FW-001 [Rev. July 1, 2007]

APPLICATION FOR WAIVER OF COURT FEES AND COSTS
(Fee Waiver)

CEB

Government Code,
§ 68511.3
www.courtinfo.ca.gov

1-42

FW-001

| PLAINTIFF/PETITIONER: Respida | CASE NUMBER: |
| DEFENDANT/RESPONDENT: | |

**FINANCIAL INFORMATION**

8. ☐ My pay changes considerably from month to month. [If you check this box, each of the amounts reported in item 9 should be your average for the past 12 months.]

9. **MY MONTHLY INCOME**
   a. My gross monthly pay is: .............. $ 0
   b. **My payroll deductions are** (specify purpose and amount):
      (1) NONE       $ 0
      (2) NONE       $ 0
      (3) NONE       $ 0
      (4) NONE       $ 0
      My TOTAL payroll deduction amount is:  $ 0
   c. My monthly take-home pay is
      (a. minus b.): ..................... $ 0
   d. Other money I get each month is (specify **source** and **amount**; include spousal support, child support, parental support, support from outside the home, scholarships, retirement or pensions, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest or royalty, trust income, annuities, net business income, net rental income, reimbursement of job-related expenses, and net gambling or lottery winnings):
      (1) NONE       $ 0
      (2) NONE       $ 0
      (3) NONE       $ 0
      (4) NONE       $ 0
      The TOTAL amount of other money is: $ 0
      (If more space is needed, attach page labeled Attachment 9d.)
   e. **MY TOTAL MONTHLY INCOME IS**
      (c. plus d.): ....................... $ 0
   f. Number of persons living in my home: 0
      Below list all the persons living in your home, including your spouse, who depend in whole or in part on you for support, or on whom you depend in whole or in part for support:

      | Name | Age | Relationship | Gross Monthly Income |
      |---|---|---|---|
      | (1) NONE | | | $ 0 |
      | (2) NONE | | | $ 0 |
      | (3) NONE | | | $ 0 |
      | (4) NONE | | | $ 0 |
      | (5) NONE | | | $ 0 |

      The TOTAL amount of other money is:  $ 0
      (If more space is needed, attach page labeled Attachment 9f.)
   g. **MY TOTAL GROSS MONTHLY HOUSEHOLD INCOME IS**
      (a. plus d. plus f): ................ $ 0

10. I own or have an interest in the following property:
    a. Cash ............................ $ 0
    b. Checking, savings, and credit union accounts (list *banks*):
       (1) NONE       $ 0
       (2) NONE       $ 0
       (3) NONE       $ 0
       (4) NONE       $ 0

10. c. Cars, other vehicles, and boats (list make, year, fair market value (FMV), and loan balance of each):

    | Property | FMV | Loan Balance |
    |---|---|---|
    | (1) NONE | $ 0 | $ 0 |
    | (2) NONE | $ 0 | $ 0 |
    | (3) NONE | $ 0 | $ 0 |

    d. Real estate (list address, estimated fair market value (FMV), and loan balance of each property):

    | Property | FMV | Loan Balance |
    |---|---|---|
    | (1) NONE | $ 0 | $ 0 |
    | (2) NONE | $ 0 | $ 0 |
    | (3) NONE | $ 0 | $ 0 |

    e. Other personal property — jewelry, furniture, furs, stocks, bonds, etc. (list separately):
       $ 0

11. **My monthly expenses not already listed in item 9b above are the following:**
    a. Rent or house payment & maintenance   $ 0
    b. Food and household supplies .........  $ 0
    c. Utilities and telephone ................  $ 0
    d. Clothing ............................  $ 0
    e. Laundry and cleaning ...............  $ 0
    f. Medical and dental payments ........  $ 0
    g. Insurance (life, health, accident, etc.) $ 0
    h. School, child care .................  $ 0
    i. Child, spousal support (prior marriage) $ 0
    j. Transportation and auto expenses
       (insurance, gas, repair) ...........  $ 0
    k. Installment payments (specify **purpose** and **amount**):
       (1) NONE       $ 0
       (2) NONE       $ 0
       (3) NONE       $ 0
       The TOTAL amount of monthly
       installment payments is: .............  $ 0
    l. Amounts deducted due to wage assignments and earnings withholding orders: $ 0
    m. Other expenses (specify):
       (1) NONE       $ 0
       (2) NONE       $ 0
       (3) NONE       $ 0
       (4) NONE       $ 0
       (5) NONE       $ 0
       The TOTAL amount of other monthly
       expenses is: ......................  $ 0
    n. **MY TOTAL MONTHLY EXPENSES ARE**
       (add a. through m.): ..............  $ 0

12. Other facts that support this application are (describe unusual medical needs, expenses for recent family emergencies, or other unusual circumstances or expenses to help the court understand your budget; if more space is needed, attach page labeled Attachment 12):

**WARNING:** You must immediately tell the court if you become able to pay court fees or costs during this action. You may be ordered to appear in court and answer questions about your ability to pay court fees or costs.

FW-001 (Rev. July 1, 2007)    **APPLICATION FOR WAIVER OF COURT FEES AND COSTS**    CEB    Page 2 of 2
(Fee Waiver)

1-45

FW-002

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Resnaldo K#96814<br>MCSP. C#13-130 P.O. Box 409060<br>Ione CA 95640 | | |

ATTORNEY FOR (Name):

NAME OF COURT AND BRANCH, IF ANY: Office of the Clerk U.S Dis Court
STREET ADDRESS: Northern District of California
MAILING ADDRESS: 450 Golden Gate Ave
CITY AND ZIP CODE: San Francisco CA 94102

PLAINTIFF: Resnaldo
DEFENDANT:

**APPLICATION FOR WAIVER OF ADDITIONAL COURT FEES AND COSTS**

CASE NUMBER:

1. I was granted a waiver of court fees and costs in this case on (date) .........................................

2. a. ☐ My financial status has **not changed** since I filed my original application.

   b. ☐ My financial status **has changed** since I filed my original application AND a new application is attached.

3. I ask the court to extend my waiver of fees to cover the following additional court fees and costs:

   a. ☐ Jury fees and expenses.

   b. ☐ Court appointed interpreters' fees for witnesses.

   c. ☐ Witness fees of peace officers whose attendance is necessary for reasons shown below.

   d. ☐ Reporters' fees for attendance at hearings and trials held more than sixty days after the date of the original application as shown above.

   e. ☐ Witness fees for court appointed experts.

   f. ☐ Other (specify):

4. These additional services are needed because (use additional sheet if necessary):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on (date): ..................... at (place) ......................................................

_____        _____
(Type or print name)                              (Signature)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
FW-002 [Rev. January 1, 2007]

**APPLICATION FOR WAIVER OF ADDITIONAL COURT FEES AND COSTS**
(Fee Waiver)

CEB

Government Code § 68511.3
www.courtinfo.ca.gov

1-47

FW-003

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Regaldo K# 96814<br>MCSP C#13-130 P.O. Box 409066<br>Ione CA 95640<br>TELEPHONE NO.:                         FAX NO.:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF office of the clerk
STREET ADDRESS: U.S. Dist Court Northern Dis of California
MAILING ADDRESS: 450 Golden Gate Ave
CITY AND ZIP CODE: San Francisco CA 94102
BRANCH NAME:

PLAINTIFF/PETITIONER: Regaldo

DEFENDANT/RESPONDENT:

CASE NUMBER:

### ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS

1. The application was filed on (date):            ☐ A previous order was issued on (date):
2. The application was filed by (name):
3. ☐ IT IS ORDERED that the application is **granted** ☐ in whole  ☐ in part (complete item 4 below).
   a. ☐ **No payments.** Payment of all the fees and costs listed in California Rules of Court, rule 3.61, **is waived.**
   b. ☐ **The applicant shall pay** all the fees and costs listed in California Rules of Court, rule 3.61, EXCEPT the following:
      (1) ☐ Filing papers.                   (6) ☐ Sheriff and marshal fees.
      (2) ☐ Certification and copying.       (7) ☐ Reporter's fees* (valid for 60 days).
      (3) ☐ Issuing process and certification. (8) ☐ Telephone appearance (Gov. Code, § 68070.1 (c))
      (4) ☐ Transmittal of papers.           (9) ☐ Other (specify code section):
      (5) ☐ Court-appointed interpreter.
      *Reporter's fees are per diem pursuant to Code Civ. Proc., §§ 269, 274c, and Gov. Code, §§ 69947, 69948, and 72195.
   c. **Method of payment.** The applicant shall pay all the fees and costs when charged, EXCEPT as follows:
      (1) ☐ Pay (specify):          percent.  (2) ☐ Pay: $           per month or more until the balance is paid.
   d. The clerk of the court, county financial officer, or appropriate county officer is authorized to require the applicant to appear before and be examined by the court no sooner than four months from the date of this order, and not more than once in any four-month period. ☐ The applicant is ordered to appear in this court as follows for review of his or her financial status:
      | Date: | Time: | Dept.: | Div.: | Room: |
   e. ☐ The clerk is directed to mail a copy of this order only to the applicant's attorney or to the applicant if not represented.
   f. **All unpaid fees and costs shall be deemed to be taxable costs if the applicant is entitled to costs and shall be a lien on any judgment recovered by the applicant and shall be paid directly to the clerk by the judgment debtor upon such recovery.**
4. ☐ IT IS ORDERED that the application is **denied** ☐ in whole ☐ in part for the following reasons (see Cal. Rules of Court, rules 3.50–3.63):
   a. ☐ Monthly household income exceeds guidelines (Gov. Code, § 68511.3(a)(6)(B); form FW-001-INFO).
   b. ☐ Other (Complete line 4b on page 2).
   c. The applicant shall pay any fees and costs due in this action within 10 days from the date of service of this order or any paper filed by the applicant with the clerk will be of no effect.
   d. The clerk is directed to mail a copy of this order to all parties who have appeared in this action.
5. ☐ IT IS ORDERED that a **hearing** be held.
   a. The substantial evidentiary conflict to be resolved by the hearing is (specify):
   b. The applicant should appear in this court at the following hearing to help resolve the conflict:
      | Date: | Time: | Dept.: | Div.: | Room: |
   c. The address of the court is (specify):
      ☐ Same as above
   d. The clerk is directed to mail a copy of this order only to the applicant's attorney or to the applicant if not represented.

**NOTICE:** If Item 3d or Item 5b is filled in and the applicant does not attend the hearing, the court may revoke or change the order or deny the application without considering information the applicant wants the court to consider.

**WARNING:** The applicant must immediately tell the court if he or she becomes able to pay court fees or costs during this action. The applicant may be ordered to appear in court and answer questions about his or her ability to pay fees or costs.

Date:
☐                                                           ☐ Clerk, by _____, Deputy
    JUDICIAL OFFICER              (Clerk may GRANT in full a nondiscretionary fee waiver; see Cal. Rules of Court, rule 3.56.)     Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
FW-003 [Rev. January 1, 2007]

**ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS (Fee Waiver)**

CEB                Government Code, § 68511.3;
Cal. Rules of Court, rules 3.50–3.63
www.courtinfo.ca.gov

1-48.3

FW-005

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Resnido K# 96814<br>MCSD C#13-130 P.O.Box 409060<br>Ione CA 95640 | | |

ATTORNEY FOR (Name):

NAME OF COURT, JUDICIAL DISTRICT OR BRANCH COURT, IF ANY: Office of the Clerk U.S. District Court
Northern District of CA
450 Golden Gate Ave
San Francisco CA 94102

PLAINTIFF: Resnido

DEFENDANT:

## NOTICE OF WAIVER OF COURT FEES AND COSTS

CASE NUMBER:

1. The application for waiver of court fees and costs was filed.

    a. on (date):

    b. by (name):

2. The application was granted by operation of law.

3. The applicant may proceed in this action without payment of

    a. ☐ court fees and costs listed in rule 3.61 of the California Rules of Court.
    b. ☐ the following court fees and costs (specify):

Dated: _____    Clerk, by _____
                                                              (Deputy)

### CLERK'S CERTIFICATION

(SEAL)

I certify that the foregoing is a true copy of the original on file in my office.

Dated: ..................    Clerk, by ..................
                                                      (Deputy)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
FW-005 [Rev. January 1, 2007]

**NOTICE OF WAIVER OF COURT FEES AND COSTS**
(Fee Waiver)

CEB

Government Code § 68511.3;
Cal. Rules of Court, rules 3.50–3.63
www.courtinfo.ca.gov

1-48.2

FW-004

| PLAINTIFF/PETITIONER (Name): | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT (Name): | |

4b ☐ Application is denied in whole or in part (specify reasons):

### CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause and that a true copy of the foregoing was mailed first class, postage prepaid, in a sealed envelope addressed as shown below, and that the mailing of the foregoing and execution of this certificate occurred at (place): _____, California, on (date): _____

Clerk, by _____, Deputy

(SEAL)

### CLERK'S CERTIFICATE

I certify that the foregoing is a true and correct copy of the original on file in my office.

Date: _____     Clerk, by _____, Deputy

FW-004 [Rev. January 1, 2007]

**ORDER ON APPLICATION FOR WAIVER OF ADDITIONAL COURT FEES AND COSTS**
(Fee Waiver)

CEB   Page 2 of 2