K. Regauldo K#96814
M.C.S.P. C#13-130 P.O. Box 409060
Ione CA 95640

FILED
08 AUG 13 PM 3:26
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. District Court
450 Golden Gate Ave
P.O. Box 36060
San Francisco CA 94102-9680

    Case No.# CV-08-3506 JSW (PR)

    RE: Office of the Clerk!

    I have recieve a notice for the filing fees and have request here at Mule Creek State a Trust Account Statement for the period of 6mth.

    Which they Refused to send to me do I need a Court Order for this purpose.

    Thank you for your kind support into this matter that I am trying to file into your Court.

Dated __/__/08

Respectfully Submitted

P.S. inclose Prisoner In Forma.

/S/_____
Regauldo

FILED
08 JUL 22 PM 3:27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

JSW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Regaldo
                    Plaintiff,
vs.

CASE NO. CV-08 3506

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

                    Defendant.

I, Regaldo, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: None & zero    Net: None & zero

Employer: None
          None

K. Regalado K#96914
M.C.S.P. CH 13-130 P.O. Box 409060
Ione CA 95640

SACRAMENTO CA 957
11 AUG 2008 PM 5 L

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES